# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0378. IN THE INTEREST OF B. L. ET AL., CHILDREN (FATHER).**

On July 23, 2019, the juvenile court terminated the father's parental rights to his four children. Three months later, the father filed a motion for an out-of-time appeal, which the trial court granted on November 20, 2019. The father filed a direct appeal in this Court, but it was dismissed because he had failed to file an application, as required by OCGA § 5-6-35 (a) (12). See Case No. A20A1404 (March 24, 2020). Then, on May 14, 2020, almost six months after the juvenile court granted his out-of-time appeal, the father filed this application. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d); see *In the Interest of B. R. F.*, 299 Ga. 294, 296 (788 SE2d 416) (2016) ("A discretionary application seeking appellate review of an order terminating parental rights must be filed with the clerk of the appellate court within 30 days of entry of the termination order."). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Here, the trial court purported to grant the father an out-of-time appeal, which we construe as a grant of an out-of-time application, see *B. R. F.*, 299 Ga. at 298-299, but the father was required to file his application within 30 days of the trial court's order granting his out-of-time application. See id. at 299 n.13; *In the Interest of B. R. F.*, 338 Ga. App. 762, 763 (791 SE2d 859) (2016); see also OCGA § 5-6-35 (d). The

father's application is untimely because it was filed 176 days after the trial court's order.[1] For this reason, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/05/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] In his application, the father notes that he attempted to file an application in early April 2020, but the filing was returned because it did not comply with our Court rules. Because the father was required to file his application within 30 days of the trial court's order of November 20, 2019, any application filed in April 2020, even if the Court had accepted it, would have also been untimely.